UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>JESSICA SPAYD,<br><br>　　　　　　　Defendant. | Case No. 3:19-CR-00111-MAH-MMS<br><br>**ORDER** |

After due consideration, Defendant's Unopposed Motion for Partial Unsealing, ECF 491, is GRANTED. This Court's sealed Order granting a new trial is hereby partially unsealed as follows:

The parties in *United States v. Charles Lee*, 3:21-cr-00117-SHR, may cite this Court's Opinion and Order Granting a New Trial, provided that any references comply with any protective orders issued in that case.

DATED September 4, 2025.

_____
MARCO A. HERNÁNDEZ
United States Senior District Judge